**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7019**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARTEMUS LAMARR RILEY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:14-cr-00112-LO-1)

Submitted:  March 16, 2023                              Decided:  March 21, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Artemus Lamarr Riley, Appellant Pro Se.  Laura Devon Withers, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Artemus Lamarr Riley appeals the district court's order granting his 18 U.S.C. § 3582(c)(1)(A) motion for a sentence reduction, which was based, primarily, on the statutory change enacted by § 403(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222, and our ruling in *United States v. McCoy*, 981 F.3d 271 (4th Cir. 2020). The district court considered the arguments advanced by Riley, concluded that Riley established the requisite extraordinary and compelling reasons for a sentence reduction, and exercised its discretion to reduce Riley's sentence—albeit not to the extent Riley sought.

Upon review of the record, we conclude that the district court did not abuse its discretion in its adjudication of Riley's motion. *See Concepcion v. United States*, 142 S. Ct. 2389, 2404-05 (2022) (stating standard). Accordingly, we affirm the court's ruling. *United States v. Riley*, No. 1:14-cr-00112-LO-1 (E.D. Va. July 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2